TERRY L. BAKER   (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:    (831) 476-7900
Fax:    (831) 476-7906
tbaker@consumerlawgroup.net

Attorney for Plaintiff
ANTHONY J. BALESTERI III

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY J. BALESTERI III, an individual, | Case 17-cv-00683-NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| GRAND DESIGN RV, LLC, a limited liability company, | |
| Defendant. | |

It is hereby stipulated, by and between plaintiff and defendant, by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, pursuant to FRCP 41(a)(1).

Dated:       October 30, 2017            Respectfully submitted,


                                          /s/ Terry L. Baker
                                          TERRY L. BAKER
                                          Attorney for Plaintiff

///

///

///

///

**Balesteri v. Grand Design RV, LLC.**        -1-    STIPULATION FOR DISMISSAL

| | | |
|---|---|---|
| Dated: | October 30, 2017 | Sutton & Murphy |
| | | /s/ Tom Murphy |
| | | TOM MURPHY |
| | | Attorney for Defendant |

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

Dated: 10/30/2017

_____
UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Nathanael M. Cousins
*United States District Court, Northern District of California*

**Balesteri v. Grand Design RV, LLC.** -2- STIPULATION FOR DISMISSAL